IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IMPULSE DOWNHOLE SOLUTIONS LTD., | § |  |
|---|---|---|
|  | § |  |
| Plaintiff, | § |  |
|  | § |  |
| v. | § | CIVIL ACTION NO.: 6:19-cv-378 |
|  | § |  |
| RUBICON OILFIELD INTERNATIONAL HOLDINGS LLC, | § | JURY TRIAL DEMANDED |
|  | § |  |
| Defendant. | § |  |

**JOINT CLAIM CONSTRUCTION STATEMENT OF DISPUTED CLAIM TERMS**

Pursuant to the Court's Scheduling Order, Dkt. 16, Plaintiff Impulse Downhole Solutions, Ltd., ("Plaintiff") and Defendant Rubicon Oilfield International Holdings LLC ("Defendant") submit this Joint Claim Construction Statement of Disputed Claim Terms for the asserted claims of U.S. Patent No. 9,765,584.

| Claims | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| Claims 1 and 36 | "arranged around a central axis" | No construction necessary; alternatively "distributed between the center and the periphery of the flow head" | Indefinite |
| Claims 1 and 36 | "alignment" | No construction necessary | Indefinite |
| Claim 4 | "where the fluid flow is substantially blocked by the flow restrictor" | No construction necessary; alternatively, "wherein the fluid flow is considerably blocked by the flow restrictor" | Indefinite |
| Claims 1 and 36 | "such that fluid pressure resulting from fluid flow through the ports of the flow head and the flow restrictor is constrained | No construction necessary | Ordinary meaning: "such that the fluid pressure created by fluid flow through the arrangement of the ports of the flow |

| Claims | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | to [a cyclic polyrhythmic pattern]" | | head and the flow restrictor causes [a cyclic, polyrhythmic pattern]" |
| Claims 1 and 36 (referenced by dependent claims 2, 3, 4) | "cyclic, polyrhythmic pattern" | "a repeating pattern that includes more than one rhythm" | "a pattern having a plurality of fluid pressure peaks of varying amplitude or a plurality of time intervals of different durations between adjacent fluid pressure peaks within a single rotation of the flow head" |

Respectfully submitted,

Dated: February 21, 2020

By: */s/ John M. Guaragna*
John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron G. Fountain
Texas Bar No. 24050619
aaron.fountain@us.dlapiper.com
**DLA Piper LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

Attorneys for Plaintiff
***IMPULSE DOWNHOLE SOLUTIONS LTD.***

By: /s/ *Brian C. Nash*
Brian C. Nash
Texas Bar No. 24051103
brian.nash@pillsburylaw.com
Steven P. Tepera
Texas Bar No. 24053510
steven.tepera@pillsburylaw.com
**Pillsbury Winthrop Shaw Pittman LLP**
401 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone: 512-580-9629
Facsimile: 512-580-9601

Attorneys for Defendant
*RUBICON OILFIELD INTERNATIONAL HOLDINGS LLC,*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 21st day of February, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ *John M. Guaragna*
John M. Guaragna